# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA DAWN HELLINGER, | ) | CASE NO. 1:22-CV-01974-AMK |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on this same date, the final decision of the Commissioner is **AFFIRMED**.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: July 24, 2024                    */s/ Amanda M. Knapp*
                                        Amanda M. Knapp
                                        United States Magistrate Judge